IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30521
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OSCAR RAMIREZ-GONZALES, also known as Edwin Perez,
also known as Oscar Moreno-Bariento, also known as
Oscar De La Cruz,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 99-CR-8-1-A
--------------------
February 16, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Assistant Federal Public Defender (AFPD) appointed to represent Oscar Ramirez-Gonzales has filed a motion to withdraw from representation of Ramirez and a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Ramirez has not responded to counsel's motion. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the APPD's motion to withdraw is GRANTED; the AFPD is excused from further

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein and the APPEAL IS DISMISSED.  *See* 5TH CIR.

R. 42.2.